UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TERRELL MICKLES, </br></br> Plaintiff, </br></br> v. </br></br> INTERNATIONAL -CUSTOMS FEDERICO DEGETAU, </br> TAX DIVISION OF SAN JUAN, PUERTO RICO, </br> MONGOLA, CHINA, </br> WESTMINDE, LONDON, </br> JOHANESSBURG, SOUTH AFRICA, </br></br> Defendants. | No. 2:22-cv-00521-JPH-MJD |

**ORDER DISMISSING CASE**

Plaintiff, Terrell Mickles, filed this case on November 16, 2022. Dkt. 1. His allegations are impossible to discern. *See, e.g., id.* at 1 ("MDK (Akin-Ford) by Indian countries on, E.R.I.S.A. Bush . . . [Sri Lanka, India-Madrid Spain"); *id.* at 2 ("Indiana U.S. Marshal ex-ray magnetmeter geo-political parties of India.").

The Court does not have subject matter jurisdiction over a complaint that is wholly insubstantial. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998). And "[a] frivolous federal law claim cannot successfully invoke federal jurisdiction." *In re African-American Slave Descendants Litig.*, 471 F.3d 754, 757 (7th Cir. 2006).

While Plaintiff does mention in passing several federal statutes, *see, e.g.*, dkt. 1 at 1 ("E.R.I.S.A.", "42 USCS 2000E"), the complaint does not identify a

1

federal cause of action. Even liberally construing the complaint, this Court cannot discern within it any plausible federal claim against any defendant. *See Sanders-Bey v. United States*, 267 F. Appx. 464, 465 (7th Cir. 2008) (dismissing for lack of jurisdiction a complaint that "appear[ed] to simply reference a panoply of random federal laws"); *cf. United States ex rel. Garst v. Lockheed–Martin Corp.,* 328 F.3d 374, 378 (7th Cir. 2003) ("Rule 8(a) requires parties to make their pleadings straightforward, so that judges and adverse parties need not try to fish a gold coin from a bucket of mud.").[1]

The Court thus **DISMISSES** the complaint without prejudice for lack of subject matter jurisdiction. *See Ezike v. Nat'l R.R. Passenger Corp.*, No. 08-2139, 2009 WL 247838, at *3 (7th Cir. Feb. 3, 2009). Final judgment will issue in a separate entry.

**SO ORDERED.**

Date: 12/2/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

TERRELL MICKLES
11733-003
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

---

[1] On November 28, 2022, Chief Judge Pratt sanctioned Plaintiff for his "pattern of abusive and repetitive litigation" in this Court, his disregard of the Court's warnings of impending sanctions, and his failure to pay any filing fees. *In re Terrell Mickles*, No. 1:22-mc-00072-TWP (S.D. Ind. Nov. 28, 2022).